JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUHUA ZHU, et al., | Case No. CV 21-7066 FMO (PVCx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ANTONY JOHN BLINKEN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this judgment, IT IS ORDERED THAT the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 3rd day of January, 2022.

/s/
Fernando M. Olguin
United States District Judge